IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA DAMASUS, | ) |
| Plaintiff, | ) ) ) Case No. 2:17-cv-00723-CB |
| v. | ) ) ) |
| MON YOUGH COMMUNITY SERVICES, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Gloria Damasus, and Defendant, Mon Yough Community Services, Inc., hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:  March 12, 2018                                    Respectfully submitted,

/s/ Blaire Patrick                                                  /s/ Kurt A. Miller
Blaire Patrick                                                       Kurt A. Miller

KRAEMER, MANES & ASSOCIATES, LLC         CLARK HILL PLC

US Steel Tower.                                                  One Oxford Centre
600 Grant Street, Suite 4875                              301 Grant Street, 14th Floor
Pittsburgh, PA 15219                                         Pittsburgh, PA  15219
Telephone:  (412) 626-5595                              Telephone:  (412) 394-2363
Facsimile: (412) 283-6050                                Facsimile:  (412) 394-2555

*Attorneys for Plaintiff, Gloria Damasus*              *Attorneys for Defendant, Mon Yough Community Services, Inc.*

219380152